# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| FRAIN SIMPLIS; LASHONDRA SIMPLIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV417-183 |
| JP MORGAN CHASE BANK, *et al.*, | ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs' motion for an extension of time to respond to defendant JP Morgan Chase Bank's motion to dismiss the Complaint (doc. 11) is **GRANTED**. Doc. 15 ("writing in response to [ ] JP Morgan Chase Bank['s] Motion to Dismiss and Memorandum of Law requesting "an extension of time in addressing the raised issues in the contents of the motion."). JP Morgan Chase's motion to stay pretrial and discovery deadlines (doc. 12), which is unopposed, is also **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this 15th day of November, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA