IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

**FRAIN SIMPLIS;**

**LASHONDRA SIMPLIS**

    Plantiffs,

vs.

JP MORGAN CHASE BANK;

TRANSLAND FINANCIAL SERVICES;

WASHINGTON MUTUAL BANK;

And ALL Persons claiming any interest in real Property located at 864 Southbridge Blvd.; Savannah, Georgia 31405 aka lot 907;

and Does 1-20,

    Defendants

CASE NO.:17CV-00183JRH-GRS

U. S. DISTRICT COURT
Southern District of GA
Filed in Office
12/18 ___ M
___ 20 17
Deputy Clerk

Amendment

## OPPOSITION TO MOTION FOR DISMISS

    We, Frain and LaShondra Simplis pro se litigants, are filing this opposition to the motion to dismiss filed by the Defendant JP Morgan Chase. This matter is a genuine issue of material fact as it relates to the defendants and their predecessors intent to illegally foreclose on a property for which they have no rights.

    This opposition is based on the original information presented in the case and the material facts that neither of the predecessors for this property held legal business licenses in the state of Georgia and in times recent to the date of the loan were considered being revoked in the original state of its operations. These facts are true and binding, having been submitted in the exhibits to the court supporting the findings of these material facts.

Please allow for the development of additional facts in this case and please do not dismiss the case based on the unfounded merits of the defendants. We respectfully submit this opposition to the court as pre, se litigants.

Respectfully submitted,

*/s/ Frain Simplis*
Frain Simplis

*/s/ LaShondra Simplis*
LaShondra Simplis


Frain and LaShondra Simplis
864 Southbridge Boulevard
Savannah, GA 31405



Kutock Rock, LLP
303 Peachtree Street, N.E., Suite 2750
Atlanta, GA 30308


Submitted via US Mail to Defendants