# United States District Court
## Southern District of Georgia

FRAIN SIMPLIS; and LASHONDRA SIMPLIS,

Plaintiffs,

v.

TRANSLAND FINANCIAL SERVICES; WASHINGTON MUTUAL BANK; DOES 1–20; and ALL PERSONS CLAIMING ANY INTEREST IN REAL PROPERTY LOCATED AT 864 STONEBRIDGE BLVD., SAVANNAH, GA, 31405, a/k/a LOT 907,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:17-cv-183

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 15, 2019, the Plaintiffs' Complaint is dismissed without prejudice. This case stands closed.

Approved by: _____

1/24/2019
Date

Scott L. Poff
Clerk

_James R. Burrell_
(By) Deputy Clerk